IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAMUEL FRANCO,

    Plaintiff,

v.

SOMETH LOR, D.D.S., ROUND VALLEY INDIAN HEALTH CENTER, UNITED STATES OF AMERICA, and DOES 1 through 100, inclusive,

    Defendants.

No. C 13-04573 WHA

**ORDER DENYING REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE**

The Court **DENIES** plaintiff's request to continue the case management conference.

Please serve a copy of this order on all defendants already served.

**IT IS SO ORDERED.**

Dated: December 19, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE